AO-10
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 1998

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4, 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* <br><br> Lynch, Gerard E. | 2. Court or Organization <br> United States District Court <br> Southern District of New York | 3. Date of Report <br><br> 3/1/2000 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. District Judge – nominee | 5. ReportType (check appropriate type) <br> X Nomination, Date 2/28/00 <br> ___ Initial ___ Annual ___ Final | 6. Reporting Period <br> 1/1/99 – 2/1/00 |
|---|---|---|

| 7. Chambers or Office Address <br> Columbia University School of Law <br> 435 West 116th Street <br> New York, NY 10027 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Paul J. Kellner Professor of Law, | Columbia University |
| Counsel, | Covington & Burling |
| Reporter, Sentencing Project, | American Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

I hope to arrange to continue teaching at Columbia University, though at present

I have no definite agreement.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME <br> (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1/1/98-2/1/00 | Columbia University | $ 311,090 |
| 1/1/98-2/1/00 | Covington & Burling (formerly Howard, Smith & Levin) | $ 381,215 |
| 7/1/99-1/1/00 | American Law Institute | $ 15,000 |
| 10/1/99-1/15/00 | Office of Independent Counsel | $ 11,700 |
| 1/1/98-2/1/00 | Flushing Hospital (S) | $ _____ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

SOURCE | DESCRIPTION

☐ **NONE** (No such reportable reimbursements.)

exempt

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

SOURCE | DESCRIPTION | VALUE

☐ **NONE** (No such reportable gifts.)

exempt

$
$
$
$

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

CREDITOR | DESCRIPTION | VALUE CODE*

☒ **NONE** (No reportable liabilities.)

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Citibank checking and money market (J) | C | INT | M | T | EXEMPT | | | | |
| 2 Merrill Lynch money Market (J) | C | DIV | L | T | EXEMPT | | | | |
| 3 Merrill Lynch money market (DC) | B | DIV | K | T | EXEMPT | | | | |
| 4 Olde Discount Brokerage money market (J) | B | DIV | K | T | EXEMPT | | | | |
| 5 Boeing Company (J) | A | DIV | J | T | EXEMPT | | | | |
| 6 C Cube Microsystems (J) | none | | K | T | EXEMPT | | | | |
| 7 Walt Disney Co. (J) | A | DIV | J | T | EXEMPT | | | | |
| 8 Johnson & Johnson (J) | none | | J | T | EXEMPT | | | | |
| 9 ABN Amro Cap Fd. Tr. I (J) | A | DIV | J | T | EXEMPT | | | | |
| 10 Duke Cap Fin Tr. II (J) | A | INT | J | T | EXEMPT | | | | |
| 11 PLC Capital Trust (J) | B | INT | J | T | EXEMPT | | | | |
| 12 Potomac Edison Co. (J) | A | INT (OID) | J | T | EXEMPT | | | | |
| 13 NYC Bonds (J) | A | INT | K | T | EXEMPT | | | | |
| 14 Triborough BTA Bonds (J) | B | INT | K | T | EXEMPT | | | | |
| 15 AIM Constellation Fund Cl A (J) | B | DIV | K | T | EXEMPT | | | | |
| 16 Alliance High Yield F. Cl B (J) | A | DIV | J | T | EXEMPT | | | | |
| 17 Alliance Premier Growth Cl B (J) | B | DIV | K | T | EXEMPT | | | | |
| 18 Nuveen Municipal Value Fund (J) | B | DIV | K | T | EXEMPT | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Gerard E. Lynch | 3/1/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Oppenheimer Main St Gr & Inc. A (J) | B | DIV | K | T | EXEMPT | | | | |
| 2 Pilgrim Bank & Thrift Fund A (J) | B | DIV | J | T | EXEMPT | | | | |
| 3 Oppenheimer Convertible Securities Cl B (J) | B | DIV | K | T | EXEMPT | | | | |
| 4 Putnam Health Services Trust Cl B (J) | none | | J | T | EXEMPT | | | | |
| 5 Putnam Intl Growth Fund Cl B (J) | A | DIV | K | T | EXEMPT | | | | |
| 6 Seligman Large Cap Value Fd Cl B (J) | none | | K | T | EXEMPT | | | | |
| 7 Stern Roe Adv. Growth Stock Fd Cl B (J) | none | | K | T | EXEMPT | | | | |
| 8 AIM Tax Free Intermediate Shares (J) | A | DIV | J | T | EXEMPT | | | | |
| 9 Alliance Municipal Income Fund NY Port. Cl B (J) | C | DIV | L | T | EXEMPT | | | | |
| 10 Rochester Municipals Fd Cl A (J) | B | DIV | K | T | EXEMPT | | | | |
| 11 Investment Company of America (DC) | B | DIV | K | T | EXEMPT | | | | |
| 12 Rochester Municipals Fd Cl A (DC) | C | DIV | L | T | EXEMPT | | | | |
| 13 FT Communications Gr Tr Ser 2 (J) | A | DIV | J | T | EXEMPT | | | | |
| 14 FT Business Svcs Growth Ser 2 (J) | none | | J | T | EXEMPT | | | | |
| 15 FT Financial Svcs Growth Ser 5 (J) | A | DIV | J | T | EXEMPT | | | | |
| 16 FT Pharmaceutical Growth Ser 5 (J) | A | DIV | J | T | EXEMPT | | | | |
| 17 Nuveen DJ Pharm Mar 1999 UTS (J) | A | DIV | J | T | EXEMPT | | | | |
| 18 Nuveen E Commerce Jan 1999 UTS (J) | none | | K | T | EXEMPT | | | | |

| 1 | Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Gerard E. Lynch | 3/1/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Nuveen Tax Free Unit TR INSD (J) | B | INT | K | T | EXEMPT | | | | |
| 2 VKAC Internet TR Ser 10 UTS (J) | A | DIV | K | T | EXEMPT | | | | |
| 3 TIAA-CREF | none | | N | T | EXEMPT | | | | |
| 4 Citibank Balanced Portfolio Fd Cl A (IRA) | B | DIV | none | T | EXEMPT | | | | |
| 5 Merrill Lynch IRA Money market (S) | B | DIV | K | T | EXEMPT | | | | |
| 6 Citibank IRA money market | none | | K | T | EXEMPT | | | | |
| 7 Treasury Zero-coupon bonds (DC) | C | INT (OID) | K | T | EXEMPT | | | | |
| 8 Compaq Computer Corp. (J) | A | DIV | none | T | EXEMPT | | | | |
| 9 First Trust REIT Value Ser 1 UTS (J) | none | | none | T | EXEMPT | | | | |
| 10 FT DIJA Target 5 TR April 1998 (J) | B | CAP GAIN | none | T | EXEMPT | | | | |
| 11 Integrated Device Tech (J) | C | CAP GAIN | none | T | EXEMPT | | | | |
| 12 Microtest Inc. (J) | none | | none | T | EXEMPT | | | | |
| 13 Read-Rite Corp. (J) | none | | none | T | EXEMPT | | | | |
| 14 Silicon Graphics (J) | none | | none | T | EXEMPT | | | | |
| 15 3 Com Corp. (J) | C | CAP GAIN | none | T | EXEMPT | | | | |
| 16 Merrill Lynch Intl. Equity Fd. Cl D (J) | none | | none | T | EXEMPT | | | | |
| 17 Merrill Lynch Global Alloc. Fd D (J) | none | | none | T | EXEMPT | | | | |
| 18 AIM Aggressive Gr Fd Cl A (J) | A | CAP GAIN | none | T | EXEMPT | | | | |

1. Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

SENATE JUDICIARY COMMITTEE
Part II, Question 5
Statement of Net Worth

[This statement consolidates accounts held by me and my wife, as well as custodial accounts held by me as custodian for my son under the Uniform Gifts to Minors Acts]

ASSETS

| | |
|---|---|
| Cash on hand and in banks (see Schedule A) | $ 315,271 |
| US Government Securities (see Schedule B) | 25,000 |
| Listed Securities (see Schedule C) | 679,135 |
| Accounts and Notes Receivable | None |
| Real Estate Owned | None |
| Real Estate Mortgages Receivable | None |
| Autos and other personal property | |
|     One 1989 Saab | 5,000 |
| Cash Value Life Insurance | None |
| Other Assets: | |
|     Retirement Accounts: | |
|     TIAA-CREF | 317,116 |
|     Citibank IRA (cash) | 20,959 |
|     Merrill Lynch IRA (cash) (S) | 21,944 |
|         Total Assets: | $1,384,425 |

LIABILITIES

| | |
|---|---|
| Notes payable to banks – secured | None |
| Notes payable to banks – unsecured | None |
| Notes payable to relatives | None |
| Notes payable to others | None |
| Accounts and bills due | None |
| Unpaid income tax | None |
| Other unpaid tax and interest | None |
| Real estate mortgages payable | None |
| Chattel mortgages and other liens payable | None |
| Other debts | None |
| Total liabilities: | None |
| Net worth | $1,384,425 |

25